UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04 MJ 0420-RBC |
| ) | |
| DEEPAK JAHAGIRDAR ) | |
| Defendant ) | |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting affidavit, arrest warrant, and any other paperwork related to this matter. As grounds for this motion, the government states that the defendant was arrested on the instant charges in Arizona on January 13, 2004, and that public disclosure of these materials will no longer jeopardize the government's ability to arrest the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: January 13, 2004    By: _____
JOHN T. McNEIL
Assistant U.S. Attorney

JAN 13 2004

ALLOWED
SO ORDERED